UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                            Plaintiff,

                                                                                 DECISION AND ORDER

                                                                                 03-CR-6096L

              v.

JEFFREY JONES,

                                            Defendant.
_____

       On the defendant Jeffrey Jones' ("Jones") guilty plea, this Court sentenced him on March 13, 2007 principally to a term of 180 months imprisonment. That sentence was the result, in part, of defendant's cooperation with the Government and this Court's willingness to depart from the Guidelines based on the cooperation.

       After sentencing, Jones continued to cooperate and the Government moves, pursuant to FED. R. CRIM. P. 35, for an additional reduction of Jones' sentence. (Dkt. #235).

       The Government seeks a 60-month further reduction to a term of 120 months, and defense counsel concurs and joins in the request.

CONCLUSION

The Government's motion (Dkt. #235) for a reduction in defendant's sentence based on his cooperation, pursuant to FED. R. CRIM. P. 35 is granted. The Court hereby orders that the prior Judgment and Commitment (Dkt. #203), filed March 15, 2007, be vacated and the Court hereby grants the Government's motion for a reduction and commits the defendant to the custody of the Bureau of Prisons and the Attorney General for a term of 120 months. All other terms and conditions of the original Judgment and Commitment remain in full force and effect.

The Probation Office is directed to prepare an Amended Judgment and Commitment.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       May 14, 2009.